PER CURIAM.
Affirmed. Hampton v. United States, 425 U.S. 484, 96 S.Ct. 1646, 48 L.Ed.2d 113 (1976); State v, Wheeler, 468 So.2d 978 (Fla.1985); Cruz v. State, 465 So.2d 516 (Fla.), cert. denied, 473 U.S. 905, 105 S.Ct. 3527, 87 L.Ed.2d 652 (1985); Ehmke v. State, 478 So.2d 358 (Fla. 2d DCA 1985), review denied, 488 So.2d 67 (Fla.1986); United States v. Grassi, 616 F.2d 1295 (5th Cir.), cert. denied, 449 U.S. 956, 101 S.Ct. 363, 66 L.Ed.2d 220 (1980); United States v. Bower, 575 F.2d 499 (5th Cir.), cert. *53 denied, 439 U.S. 983, 99 S.Ct. 572, 58 L.Ed. 2d 654 (1978).